■ BETTY L. RICHARDSON, Appellant, v BROOKFIELD PROPERTIES OLP Co. LLC et al., Respondents, et al., Defendant. [46 NYS3d 799]—Order, Supreme Court, New York County (Paul Wooten, J.), entered October 14, 2015, as amended November 12, 2015, which granted defendants summary judgment dismissing the third amended complaint, unanimously affirmed, without costs.

Defendant owners and contractors met their prima facie burden (see e.g. Remes v 513 W. 26th Realty, LLC, 73 AD3d 665, 666 [1st Dept 2010]; Jones v Presbyterian Hosp. in City of N.Y., 3 AD3d 225 [1st Dept 2004]; see generally Espinal v Melville Snow Contrs., 98 NY2d 136, 140 [2002]), and plaintiff failed to raise a triable issue of fact as to whether an optical confusion contributed to her accident (see Remes, 73 AD3d at 666). Concur—Richter, J.P., Manzanet-Daniels, Gische, Webber and Kahn, JJ.

■ In the Matter of ALBERT LUMEZI, Petitioner, v WILLIAM J. BRATTON, as Police Commissioner of the City of New York and Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents. [46 NYS3d 799]—

Determination of respondent Police Commissioner, dated June 16, 2015, after a hearing, dismissing petitioner from the Police Department, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Shlomo Hagler, J.], entered December 4, 2015), dismissed, without costs.

The determination that petitioner ingested cocaine is supported by substantial evidence (see 300 Gramatan Ave. Assoc. v State Div. of Human Rights, 45 NY2d 176 [1978]). Pursuant to department drug-testing procedures, in connection with petitioner's application to the Highway Unit, three samples of hair from his arm were subjected to repeated testing by independent laboratories and yielded positive results for the presence of cocaine.

The penalty imposed does not shock our sense of fairness (see Matter of Jones v Kelly, 111 AD3d 415 [1st Dept 2013]). Concur—Richter, J.P., Manzanet-Daniels, Gische, Webber and Kahn, JJ.